**Order entered April 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00192-CV

### SHIVA SHIRVANI, Appellant

### V.

### HEALTHCARE HOLDINGS, LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04895-E**

## ORDER

Before the Court is the April 17, 2019 unopposed motion of appellee for an extension of time to file its combined appellee/cross-appellant's brief. We **GRANT** the motion and extend the time to **May 28, 2019**.

/s/ KEN MOLBERG
   JUSTICE